TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
NATHAN M. CLAUS
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Nathan.Claus@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Grace Dorsey, individually and as Special Administrator of the Estate of Eleesha Dorsey,<br><br>Plaintiff,<br><br>v.<br><br>United States Department of Interior, Bureau of Land Management,<br><br>Defendant. | Case No. 2:26-cv-01099-APG-MDC<br><br>**Stipulation and Order Regarding Defendant's Reply in Support of its Motion to Dismiss and Opposition to Plaintiff's Countermotion for Summary Judgment.**<br><br>**ECF Nos. 9 & 12** |

Defendant filed its motion to dismiss. ECF No. 9. Plaintiff submitted its opposition to this motion, ECF No. 11, and also filed a counter motion for summary judgment, ECF No. 12. The current deadline for the reply in support of the motion to dismiss is July 24, 2026 and the deadline for response to the countermotion is August 7, 2026.

The parties had previously submitted to the Court a proposed scheduling order setting the deadline for both response documents to be July 31st. ECF No. 10 at 2:11-12. As of this filing, this Court does not appear to have adopted that scheduling order. *See generally* docket.

The parties after meeting and conferring believe that setting the deadlines for these two documents as July 31, 2026, is still in the best interests of judicial economy here. This Stipulation is made in accordance with LR IA 6-1 and LR IA 6-2 of the Local Rules of this

Court. Therefore, the parties stipulate the following deadlines:

Defendant shall file its reply in support of its Motion to Dismiss and opposition to Plaintiff's counter-motion for summary judgment on or before **July 31, 2026**; and Plaintiff shall file any reply in support of Plaintiff's counter-motion for summary judgment on or before **August 7, 2026**.

Respectfully submitted this 12th day of June 2026.

**IT IS SO STIPULATED.**

***FLAKE & FLAKE***
***ATTORNEYS AT LAW***

*/s Troy K. Flake*
Troy K. Flake
8905 S. Pecos Rd., Ste. 23B
Henderson, NV 89074

Attorneys for Plaintiffs

TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s Nathan Claus*
Nathan Claus
Assistant United States Attorney

Attorney for Defendant

IT IS SO ORDERED:

Dated: July 27, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE