**FLAKE & FLAKE – ATTORNEYS AT LAW**
JORDAN M. FLAKE, ESQ.
Nevada Bar No. 10583
TROY K. FLAKE, ESQ.
Nevada Bar No. 16859
8905 S. Pecos Rd., Ste. 23B
Henderson, NV 89074
Telephone (702) 818-1800
Attorneys for Plaintiff
jordan@flakeandflake.com
troy@flakeandflake.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

GRACE DORSEY, individually and as Special Administrator of the ESTATE OF ELEESHA DORSEY,

Plaintiff,

vs.

UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT,

Defendant.

Case No. 2:26-cv-01099-APG-MDC

**STIPULATION REGARDING DISCOVERY PLAN AND SCHEDULING ORDER**

Plaintiff and Defendant United States Department of the Interior, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On April 4, 2026, Plaintiff filed the Complaint in this action seeking judicial review pursuant to the Administrative Procedure Act, 5 U.S.C. §§ 701 et seq.

2. This action is an action for review on an administrative record.

3. Pursuant to District of Nevada Local Rule 16-1(c)(1), the parties are required to submit a proposed scheduling order in cases seeking review on an administrative record.

4. Before entry of a scheduling order, Defendant United States Department of the Interior filed a Motion to Dismiss Plaintiff's Complaint. ECF No. 9. The Motion to Dismiss presents substantive issues directed to the merits of Plaintiff's claims for relief under the Administrative Procedure Act. *Id*.

5. The parties stipulate and agree that the exhibits appended to Plaintiff's Complaint constitute the administrative record for purposes of this action.

6. Because the parties agree that the administrative record is complete and consists of the exhibits appended to the Complaint, the parties request that the Court enter a scheduling order limited to briefing on the merits.

7. The parties further stipulate and agree that Defendant's pending Motion to Dismiss shall constitute Defendant's opening brief for purposes of merits review.

8. The parties stipulate and request that the Court enter the following briefing schedule:

a. Plaintiff shall file a response to Defendant's Motion to Dismiss and any counter-motion for summary judgment on or before **July 17, 2026**;

b. Defendant shall file its reply in support of its Motion to Dismiss and opposition to Plaintiff's counter-motion for summary judgment on or before **July 31, 2026**; and

c. Plaintiff shall file any reply in support of Plaintiff's counter-motion for summary judgment on or before **August 7, 2026**.

9. The parties submit that the foregoing schedule will efficiently present the issues for the Court's determination without the need for further discovery or additional administrative-record proceedings.

DATED this 23rd day of June, 2026.

*/s/ Nathan M. Claus*
Nathan M. Claus
Assistant United States Attorney
Attorney for Defendant

/s/ *Troy K. Flake*
TROY K. FLAKE
Flake & Flake
Attorney for Plaintiff

IT IS SO ORDERED:

Dated: August 18, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE